[No. 13998-3-I.   Division One.   June 30, 1986.]

JOHN C. ENCINAS, *Appellant*, v. WILLIAM HEISERMAN,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Island
County, No. 13943, Richard L. Pitt, J., entered October 28,
1983. *Reversed* and *remanded* by unpublished opinion per
Revelle, J. Pro Tem., concurred in by Swanson and Cole-
man, JJ.

[No. 16863-1-I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DARREN
TODD HENDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83-1-00174-5, Richard M. Ishikawa, J.,
entered June 14, 1985. *Remanded* by unpublished per
curiam opinion.

[No. 16508-9-I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW
CLARK HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03031-0, Liem E. Tuai, J., entered April
22, 1985. *Reversed* and *remanded* by unpublished per
curiam opinion.

[No. 16273-0-I.   Division One.   June 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCIANA
MAY MATIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-8-03220-2, Francis E. Holman, J., entered
April 3, 1985. *Dismissed* by unpublished per curiam opin-
ion.